IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

JOE WEATHERS                              §

v.                                        §         CIVIL ACTION NO. 6:15cv322

JOHN RUPERT, ET AL.                       §

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Joe Weathers, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C.

§1983 complaining of alleged violations of his constitutional rights. This Court ordered that the case

be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the

Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States

Magistrate Judges.

This lawsuit was severed out of a larger one. Weathers was directed to file an amended

complaint and to pay the filing fee or seek leave to proceed *in forma pauperis*, but he did not comply.

The magistrate judge issued a report recommending that the lawsuit be dismissed without prejudice

for failure to prosecute or to obey an order of the Court.

A copy of this report was sent to Weathers at his last known address, return receipt requested,

but no objections have been received; accordingly, he is barred from *de novo* review by the district

judge of those findings, conclusions, and recommendations and, except upon grounds of plain error,

from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted

and adopted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d

1415, 1430 (5th Cir. 1996) (*en banc)*.

The Court has reviewed the pleadings in this cause and the report of the magistrate judge.

Upon such review, the Court has determined that the report of the magistrate judge is correct. *See*

*United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). It is accordingly

**ORDERED** that the report of the magistrate judge (docket no. 6) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to obey an order of the Court. Finally, it is

**ORDERED** that any and all motions which may be pending in this action are hereby **DENIED**.

 **SIGNED this 12th day of November, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE